# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| LAVELLE PATTERSON, | : | Case No. 1:22-cv-490 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| CINCINNATI POLICE DEPARTMENT, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5) AND SUPPLEMENTAL REPORT AND RECOMMENDATION (Doc. 7)

The Court has reviewed the Report and Recommendation (Doc. 5) and the Supplemental Report and Recommendation (Doc. 7) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, the Court hereby **ADOPTS** the Reports and Recommendations in their entirety, certifies under 28 U.S.C. § 1915(a) that any appeal of this Order would not be taken in good faith, and **TERMINATES** this case from its docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND